UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN RICHEY BRUNSKILL, S-072747,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS BOOTH, Sergeant, et al.,<br><br>Defendant(s). | Case No. 23-cv-04077-SK  (PR)<br><br>**ORDER OF DISMISSAL WITH LEAVE TO AMEND** |

Plaintiff, a pretrial detainee at the Santa Cruz County Jail facing probation revocation proceedings and new criminal charges, filed a pro se complaint under 42 U.S.C. § 1983 alleging that, after jail officials transported him to Dominican Hospital on November 22, 2022, they used excessive force against him and, upon his return to the jail, denied him medical care. See ECF No. 1 (Compl.) at 2-3.  Plaintiff subsequently filed a request to "formally amend" to add retaliation and legal mail interference claims to his lawsuit. ECF No. 8 (Letter) at 1.

Federal Rule of Civil Procedure 15(a)(1) provides a party the right to "amend its pleading once as a matter of course" within "21 days after serving it," or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion to dismiss under Rule 12(b), (c), or (f), whichever is earlier."   Plaintiff's request to amend is timely under Rule 15(a)(1), and his proposed claims do not appear frivolous.

Good cause appearing therefor, the Complaint is dismissed with leave to amend within 28 days of this Order.  The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page.  Failure to file a proper amended complaint within the designated time will result in the dismissal of this action.

1  Plaintiff is advised that the amended complaint will supersede the original complaint and
2  all other pleadings.  Claims and defendants not included in the amended complaint will not be
3  considered by the court.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987).

**IT IS SO ORDERED**.

Dated: November 3, 2023



_____
SALLIE KIM
United States Magistrate Judge