UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYLAN RICHEY BRUNSKILL,

    Plaintiff,

    v.

MARQUIS BOOTH, et al.,

    Defendants.

Case No. 23-cv-04077-WHO (PR)

**ORDER OF DISMISSAL**

Mail sent by the Court to plaintiff Brunskill was returned as undeliverable more than 60 days ago. (Dkt. No. 14.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) because Brunskill failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Brunskill may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 23, 2024



WILLIAM H. ORRICK
United States District Judge