UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYLAN RICHEY BRUNSKILL,

Plaintiff,

v.

MARQUIS BOOTH, et al.,

Defendants.

Case No. 23-cv-04077-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Dylan Richey Brunskill has not complied with my Order to file an amended complaint. (Order Reopening Action, Dkt. No. 2.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my Order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Brunskill may move to reopen. Any motion to reopen must have the words MOTION TO REOPEN written on the first page, and be accompanied by an amended complaint on this Court's form.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** June 24, 2025

_____
WILLIAM H. ORRICK
United States District Judge